

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00632-CR

| | | |
|---|---|---|
| Steven Ifeoluwa Adetomiwa, Jr. a/k/a Steven Ifeoluwn Adetomiwa, Jr. | § | From the 372nd District Court |
| | § | of Tarrant County (1258203D) |
| v. | § | January 30, 2013 |
| | § | Opinion by Justice Walker |
| The State of Texas | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Sue Walker_____
      Justice Sue Walker